ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
CHRISTOPHER VIEIRA, CSBN 273781
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4808
     E-Mail: christopher.vieira@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE LUIS COLUNGA ROJAS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:25-cv-00819-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 11) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Administrative Law Judge will reevaluate the prior administrative medical findings and medical opinion evidence; if warranted, further consider the residual functional capacity; and if warranted, continue the sequential evaluation process, including obtaining vocational expert testimony.  The Administrative Law Judge will also offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

                                                Respectfully submitted,

Dated: September 4, 2025         /s/ *Jonathan Peña\**
                                         (\*as authorized via e-mail on Sept. 3, 2025)
                                         JONATHAN PEÑA
                                         Attorney for Plaintiff

Dated: September 4, 2025         ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Social Security Administration

                           By:    /s/ *Christopher Vieira*
                                         CHRISTOPHER VIEIRA
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

# **ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 11), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall close the case.

IT IS SO ORDERED.

Dated:  **September 5, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE